IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:11CV78-RLV

| | |
|---|---|
| MINAH INTERNATIONAL LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| 8011 ON THE BRIDGE, INC., and ) | |
| THOMAS J. PACCONI, JR., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on its own to inquire as to the status of this civil action after a settlement was reached and documented in April 2013. (Doc. 39, 40). This case has been **STAYED** since that time pending Defendants' payment to Plaintiff of the monthly installments in the amount of $1,703 for a total Settlement Amount of $20,000. (Doc. 40). Pursuant to the terms of the parties' Consent Order, the final installment due to Plaintiff should have been paid by Defendants on April 1, 2014.[1] Upon timely receipt of all amounts due, Plaintiff agreed to "dismiss the action with prejudice." (Doc. 40 at 3, ¶ 4). However, the record does not reflect whether the payments were, in fact, made as contemplated or whether Defendants defaulted. Neither party has filed anything with the Court since April 30, 2014, at which time Defendants voluntarily dismissed their counterclaims. (Doc. 41).

---

[1] As explained in the Consent Order: "The Settlement Amount, plus accrued interest from April 1, 2013, at the rate of four percent (4%) per annum, shall be paid in twelve (12) equal monthly installments of $1,703.00 beginning on May 1, 2013, and continuing on the first day of each month thereafter **with the final installment due on April 1, 2014**. The outstanding balance of principal and accrued interest may be prepaid at any time without penalty." (Doc. 40, 1) (emphasis added).

**IT IS, THEREFORE, ORDERED** that the parties shall jointly submit a Status Report <u>on or before Wednesday, June 25, 2014</u>.

Signed: May 27, 2014

Richard L. Voorhees
United States District Judge